# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

MARQUITA NASHAE OWENS,

        Plaintiff,

v.

NANCY A. BERRYHILL,

        Defendant.

Civil No. 16-614 (JRT/KMM)

**ORDER ON REPORT AND RECOMMENDATION**

Paul A. Livgard, **LIVGARD & LLOYD, PLLP,** 2520 University Avenue SE, Suite 202, Minneapolis, MN 55414, Sonja R. Ortiz, 3121 West 69th Street, Edina, MN 55435, for plaintiff.

Bahram Samie, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendant.

A Report and Recommendation was filed by Magistrate Judge Katherine Menendez on June 23, 2017. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment [Docket No. 16] is **GRANTED IN PART and DENIED IN PART**.

2. Defendant's Motion for Summary Judgment [Docket No. 21] is **GRANTED IN PART and DENIED IN PART**.

3. This case is **REMANDED** to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g), consistent with the Report and Recommendation.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 11, 2017　　　　　　　s/John R. Tunheim
at Minneapolis, Minnesota　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　United States District Court